# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**WILLIAM SEEBOLD**                                                                          **PLAINTIFF**

vs                                                               **CIVIL ACTION NO. 3:14CV-862-CRS**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, ET AL**          **DEFENDANTS**

## ORDER

Counsel having notified the Court of a settlement in this matter (DN 20),

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within thirty-five (35) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire.

Date: August 4, 2015

          Charles R. Simpson III, Senior Judge
          United States District Court

cc: Counsel of Record